No. 1072. AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY & MOTOR COACH EMPLOYEES OF AMERICA ET AL. *v.* LOCKRIDGE. Sup. Ct. Idaho. Certiorari granted. *Isaac N. Groner* and *Earle W. Putnam* for petitioners. *Robert W. Green* for respondent. 

No. 1179. RAMSEY ET AL., DBA LEON NUNLEY COAL CO., ET AL. *v.* UNITED MINE WORKERS OF AMERICA. C. A. 6th Cir. Certiorari granted. *A. A. Kelly, Sizer Chambliss, William M. Ables, Jr., Clarence Walker,* and *John A. Rowntree* for petitioners. *Edward L. Carey, Harrison Combs, Willard P. Owens, E. H. Rayson,* and *M. E. Boiarsky* for respondent.

No. 1105. ABC AIR FREIGHT CO., INC., ET AL. *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. 2d Cir. Certiorari denied. *Louis P. Haffer* and *Robert N. Meiser* for petitioners. *Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro, Joseph B. Goldman,* and *Warren L. Sharfman* for respondent Civil Aeronautics Board, *James M. Verner* and *Eugene T. Liipfert* for respondents CF Air Freight, Inc., et al., and *Homer S. Carpenter* for respondents Yellow Freight System, Inc., et al.

No. 1159. SIMON ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *David W. Peck, Marvin Schwartz,* and *Michael M. Maney* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States. *David B. Isbell* for American Institute of Certified Public Accountants as *amicus curiae* in support of the petition.